UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00998

**Juan Marquis Council,**
*Petitioner,*

v.

**Sheriff, Lamar County,**
*Respondent.*

# ORDER

Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. Doc. 11. The case was referred to a magistrate judge. Doc. 2. The magistrate judge issued a report recommending that the petition be dismissed without prejudice for failure to prosecute. Doc. 24 at 2. Petitioner did not file written objections, pay the filing fee, or submit a certified in forma pauperis data sheet.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on January 7, 2026.*

J. CAMPBELL BARKER
United States District Judge